JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN MORENO; and EILEEN AQUINO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WEST COVINA, MATTHEW SEVILLA; OFFICER MALYNIK; and DOES 1 through 5,<br><br>Defendants. | Case No.: CV 19-370 DMG (RAOx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [18]** |

Based on the parties' stipulation, Plaintiffs' action is hereby dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party to bear their own fees and costs. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: August 20, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

- 1 -